IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KONG KHOUNCHANH                                              PLAINTIFF

    vs.              CASE No. 05-CV-2001

AIRE SYSTEMS MANUFACTURING CORPORATION                       DEFENDANT

### **ORDER**

Now on this 27th day of March, 2006, there comes on for consideration the plaintiff's motion to non-suit (#17). The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED, and the above-styled cause is dismissed without prejudice.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge